GARY R. WHITMAN
February 9, 2010

```
 1              IN THE UNITED STATES DISTRICT COURT

 2          FOR THE SOUTHERN DISTRICT OF INDIANA

 3                    INDIANAPOLIS DIVISION

 4

 5                        -  -  -

 6   NICHOLAS A. GREEN        :   CIVIL ACTION

 7                            :

 8                            :

 9        VS.                 :

10                            :

11                            :   Cause No.

12   FORD MOTOR COMPANY       :   1:08-CV-0163-LJM-TAB

13                 -  -  -

14

15        ORAL DEPOSITION OF GARY R. WHITMAN

16

17                  February 9, 2010

18

19                        -  -  -

20

21

22

23

24

25
```



BIENENSTOCK
COURT REPORTING & VIDEO
NATIONWIDE
Phone: 248.644.8888

GARY R. WHITMAN
February 9, 2010

1    BY MR. SCHIFERL:

2         Q.    I've marked as Exhibit 2 -- what is the

3    item I marked as Exhibit 2?

4         A.    I'm sorry?

5         Q.    What is the item I've marked as Exhibit

6    2?

7         A.    This is my Curriculum Vitae.

8         Q.    Sir, I know a lot of your background

9    and all this, but let me ask, have you ever

10   participated as the designer of automotive

11   components that are incorporated in motor vehicles

12   sold to the motor vehicle public in the United

13   States?

14        A.    By the motor vehicle public, are you

15   excluding Army and soldiers?

16        Q.    I'm talking about vehicles that you or

17   I or anyone on the jury could go to a car lot and

18   purchase?

19        A.    I would say no.

20               My participation in the design

21   of components has been for the Army, as far as

22   ground vehicles are concerned.

23        Q.    The work that you indicated as

24   specialized area, there are ten listed here.

25               Let me ask, do you intend, in



GARY R. WHITMAN
February 9, 2010

1        A.    I did.

2        Q.    I don't want to put words in your

3    mouth, but you generally tend to provide testimony

4    in that area, as opposed to the testimony you just

5    described you understand Dr. Shanahan to be

6    providing?

7        A.    Well, I'm going to talk about the

8    kinematics, as I said, in terms of the general

9    kinematics as to what you expect to see in

10   rollover crashes based upon the type of restraint

11   and the design that we have here and the testing

12   that's been conducted on restraint systems.

13                  Dr. Shanahan, I think, will be

14   more case specific, in how those kinematics

15   resulted in the injuries that Mr. Green sustained.

16       Q.    Next you list down here, a specialized

17   area of, quote, human subject crash testing, end

18   quote.

19                  First of all, what do you mean

20   by that?

21       A.    Well, human subject crash testing would

22   be testing conducted with human subjects or

23   surrogates.

24       Q.    Did you conduct any such testing,

25   yourself, in this case?



GARY R. WHITMAN
February 9, 2010

1        A.    No, I did not.

2        Q.    Do you intend to offer any opinions

3    about that matter in this case?

4        A.    In regards to the testing that was

5    conducted by Mr. Scott and Mr. Cooper, yes, I will

6    be discussing that testing, but that's not testing

7    that I was involved in conducting.

8        Q.    Let me lay something perhaps to rest

9    right away.

10                    Have you read Mr. Cooper's

11   deposition?

12       A.    No, I have not.

13       Q.    You've indicated -- you said the

14   testing conducted by Mr. Cooper.  I'll represent

15   to you that I took his deposition and in his

16   deposition he indicated he did no testing.  That

17   he was present when testing was done, but

18   conducted no testing himself.

19                    Were you aware of that?

20       A.    I'm not aware of the exact role of

21   Mr. Cooper versus Mr. Scott or anyone else that

22   did the testing.

23                    I know they were both there.

24   I'm assuming that they both had some participation

25   but what that exact participation was, I don't

