# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| NICHOLAS A. GREEN, | ) | Cause No. 1:08-cv-0163-LJM-TAB |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| FORD MOTOR COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENSE WITNESSES EXPECTED TO BE CALLED TO TESTIFY AT TRIAL

Defendant, Ford Motor Company, by counsel and pursuant to the Court-approved Case Management Plan hereby indicates the following witnesses from its Final Witness List filed March 31, 2010 (See Court Docket No. 83) that it expects to call to testify at the trial of this cause:

1. Nicholas Green
   5124 Beech Drive
   Indianapolis, IN 46254

5. Responding police officers, including but not limited to:

   a. Patrick Spellman
      ISP - Indianapolis 52

   b. Jon Pang
      ISP - Indianapolis 52

   c. Matthew Lawrence
      ISP - Indianapolis 52

   d. Scott Chandler
      Indianapolis Police Department

6. Responding firefighters, EMTs, paramedics, and other rescue personnel, including but not limited to:

   a. Gregory Harris

   b. Timothy Livingson

   c. Tina Lamberth

7. Representatives from HIX Towing

9. Employees of Ford Motor Company, including but not limited to:

   a. William Ballard
      Design Analysis Engineer
      Ford Motor Company
      Office of the General Counsel

   b. Ram Krishnaswami
      Design Analysis Engineer
      Ford Motor Company
      Office of the General Counsel

   c. Roger Burnett
      Design Analysis Engineer
      Ford Motor Company
      Office of the General Counsel

10. Dave Scott
    Plaintiff's counsel
    Only to be called in the event that testing conducted by Plaintiff's counsel, and not Plaintiff's retained experts, is admitted into evidence or relied upon by Plaintiff's retained experts.

11. Jim McDonald
    Plaintiff's counsel
    Only to be called in the event that testing conducted by Plaintiff's counsel, and not Plaintiff's retained experts, is admitted into evidence or relied upon by Plaintiff's retained experts.

12. Debora Marth, PhD
    Safety Forensics, PLLC
    25770 E. Huron River Drive
    Flat Rock, MI 48134

13. Jarrod Carter, PhD
    Origin Engineering
    23403 E. Mission Ave., Suite 223
    Liberty Lake, WA  99019

14. Jeffery Pearson
    Collision Protection Science, LLC
    315Water Street
    Rochester, MI  48037

While the above represents those witnesses defendant expects to call to testify at the trial of this cause, Ford reserves the right to amend this list and to call others as identified on its Final List.

FROST BROWN TODD LLC


By: */s/ Kevin C. Schiferl*
    Kevin C. Schiferl, #14138-49
    Jared A. Harts, #25622-49
    Attorneys for Defendant,
    Ford Motor Company

**CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of April, 2010, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

| | |
|---|---|
| James O. McDonald<br>EVERETT, EVERETT & McDONALD<br>648 Walnut Street<br>Terre Haute, IN  47080-8328<br><br>*jameso@mcdonaldlawoffice.com* | David V. Scott<br>Attorney at Law<br>1338 Miller Lane<br>P.O. Box 99<br>New Albany, IN  47151-0099<br><br>*dave@davescott.us* |

                                          */s/ Kevin C. Schiferl*_____

FROST BROWN TODD LLC
201 North Illinois Street, Suite 1900
P.O. Box 44961
Indianapolis, IN 46244-0961
(317) 237-3800
Fax (317) 237-3900
kschiferl@fbtlaw.com
jharts@fbtlaw.com

888917