IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

NICHOLAS A. GREEN, )
)
    Plaintiff, )
)
v. ) Cause No. 1:08-cv-0163-LJM-TAB
)
FORD MOTOR COMPANY, )
)
    Defendant. )

## PLAINTIFF'S WITNESS LIST

Comes now the plaintiff and lists the following as persons he might call as witnesses at the trial of this action:

1. Nicholas Green

2. Cynthia Green
   5124 Beech Drive
   Indianapolis, IN 46254

3. Eric Green
   5350 East North Street
   Butlerville, IN 47223

4. Dr. Strait Hill
   North Vernon Family Medicine
   939 Veterans, Ste A,
   North Vernon IN 47265

5. Brenda Wessel, R.N.
   Schneck Medical Center
   411 West Tipton Street
   Seymour IN 47274

6. Lori Breeden, OT
   Rehab Hospital of Indiana
   4141 Shore Drive
   Indianapolis IN 46254

7. Nancy Mayo-Miller
   Rehab Hospital of Indiana
   4141 Shore Drive
   Indianapolis IN 46254

8. David Sincore, DO
   St. Vincent Wound Care
   8335 Naab Road
   Indianapolis IN 46260

9. Dr. Daniel Fulkerson
   Wishard Memorial Hospital
   1001 W. Tenth Street
   Indianapolis IN 46202

10. Dr. Todd A. Eads
    Wishard Memorial Hospital
    1001 W. Tenth Street
    Indianapolis IN 46202

11. Alfred E. Finch, Ph.D
    28 E. Gateway Drive
    Terre Haute, IN 47802

12. Patricia Carson, Casualty Analyst (or another representative of
    EDS and HP Company)
    950 North Meridian Street
    Suite 1150
    Indianapolis IN 46204

13. Responding police officers, including but not limited to:
    a. Pat Spellman
       ISP – Indianapolis 52;

    b. John Pang
       ISP – Indianapolis 52;

    c. Matthew Lawrence
       ISP – Indianapolis 52; and

    d. Robert Chandler
       Indianapolis Metropolitan Police Department.

14. Responding firefighters

15. Responding EMTs
    a. Timothy Livingston
       Wishard Ambulance Service

    b. Tina Lamberth
       335 Medowview Lane
       Greenwood, IN 46142

16. Ricky Barett
    2933 Draper Street
    Indianapolis, IN 46203

17. Roger Burnett
    Ford Motor Company

18. William Ballard
    Ford Motor Company

19. Dennis F. Shanahan, M.D., M.P.H.
    Injury Analysis, L.L.C.
    2839 Via Conquistador
    Carlsbad, CA 92009-3020

20. Laura Lampton, RN, BSN, CRRN, CNLCP
    Vocational Economics, Inc.
    11933 Brinley Avenue
    Louisville, KY 40243

21. Alfred E. Finch, Ph.D
    28 E. Gateway Drive
    Terre Haute, IN 47802

22. Gary W. Cooper
    Cooper Barrette Consulting
    1182 Heather Drive
    Lake Zurich, IL 60047

23. Gary R. Whitman
    ARCCA, Incorporated
    2288 Second Street Pike
    P.O. Box 78
    Penns Park, PA 18943-0078

24. Frank Turchi
    111 W. Hilltop Drive
    Newport, IN 47966

25. Gilbert Elliott
    7400 North Pottsville
    West Terre Haute, IN 47885

26. Barbara Ison
    North Vernon, Indiana
    (High School Art teacher)

27. Jeff Green
    Jennings County High School
    800 West Walnut Street
    North Vernon, IN 47265
    (Not related, High School instructor television production)

28. Morgan Johnson
    Vernon, IN
    (Friend of plaintiff)

29. Colby Niccolai
    Vernon, IN
    (Friend of plaintiff)

30. Christina Hammond
    263 E. Walnut Street
    North Vernon, IN 47265
    (Friend of plaintiff)

31. Lisa Fields
    Columbus, IN
    (Plaintiff's Aunt)

32. Ola Curry
    North Vernon, IN
    (Plaintiff's grandmother)

33. Cole Adcock
    North Vernon, IN
    (Friend of plaintiff)

34. Oluwamayowa Tomori
    (roommate of plaintiff)

35. Brandon Fields
    (roommate of plaintiff)

36. Any witnesses listed by Defendant Ford Motor Company.

                                        James O. McDonald
Attorney Number: 9473-84
EVERETT, EVERETT & McDONALD
648 Walnut Street
Terre Haute, IN 47808-8328
Telephone: (812) 238-2456
Facsimile: (812) 238-2458
E-mail: jameso@mcdonaldlawoffice.com

David V. Scott
1338 Miller Lane
P.O. Box 99
New Albany, IN 47151-0099
Telephone: (812) 945-5222
E-mail: dave@davescott.us


By:   s/ David V. Scott
Counsel For Plaintiff

## CERTIFICATE OF SERVICE

I certify that on this 16th day April of 2010, I electronically filed the foregoing with the Clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following:

**Randall R. Riggs**
rriggs@fbtlaw.com

**Kevin C. Schiferl**
kschiferl@fbtlaw.com

**Jared A. Harts**
jharts@fbtlaw.com


                                          s/ David V. Scott
Counsel For Plaintiff